IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WEBEXCHANGE INC.,

    Plaintiff,

v.

DELL, INC.,

    Defendant.
_____/

No. MISC 10-80036 JSW

**ORDER OF REFERRAL**

On February 11, 2010, Plaintiff WebExchange, Inc. ("Plaintiff") filed a motion to quash subpoena and a motion to have that motion heard on shortened time. Pursuant to Northern District Civil Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for resolution. If the parties have not heard from the Court regarding an assignment within fourteen days, please contact this Court's Courtroom Deputy, Jennifer Ottolini, and 415-522-4173.

It is FURTHER ORDERED that Defendant shall serve a copy of this Order on Defendant and shall file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: February 16, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom